UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:21-mj-332 |
|---|---|
| v. | ) UNDER SEAL |
| | ) **ORDER TO SEAL THE COMPLAINT** |
| BRUCE ONEIL LITTLE | ) |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: December 15, 2021

W. Carleton Metcalf
United States Magistrate Judge