IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-mj-332-WCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| BRUCE ONEIL LITTLE | ) | |
| | ) | |

This matter is before the Court on the "Government's Motion to Dismiss UFAP Complaint" (Doc. 6) and the Government's "Motion to Unseal the Matter" (Doc. 7).

For the reasons stated therein, the Motions will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The "Government's Motion to Dismiss UFAP Complaint" (Doc. 6) is **GRANTED** and the charges against Defendant as stated in the Criminal Complaint (Doc. 1) are **DISMISSED WITHOUT PREJUDICE**.

2. The Government's "Motion to Unseal the Matter" (Doc. 7) is **GRANTED** and the Clerk is respectfully directed to **UNSEAL** this case.

W. Carleton Metcalf
United States Magistrate Judge